IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

2 MEZZE, LLC                                                                                       PLAINTIFF

v.                                                        CIVIL ACTION NO. 1:21-cv-00068-GHD-DAS

TRI-STATE INSURANCE COMPANY
OF MINNESOTA                                                                                  DEFENDANTS

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Pursuant to an opinion issued this date, the Court hereby ORDERS:

(1) the Plaintiff's motion to remand this case to state court [5] is GRANTED;

(2) this cause is hereby REMANDED to the County Court of Lee County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the __12th__ day of January, 2022.

_____
SENIOR U.S. DISTRICT JUDGE